IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. __1:05CR275-T__ |
| | ) | [18 U.S.C. 2113(a)] |
| v. | ) | |
| | ) | |
| RICHARD GENE WHITE | ) | <u>INFORMATION</u> |

The United States Attorney charges:

<u>COUNT 1</u>

On or about February 9, 2005, in Houston County, within the Middle District of Alabama,

RICHARD GENE WHITE,

defendant herein, by force, violence, and intimidation, did take from the person and presence of

another approximately $3,471, belonging to and in the care, custody, control, management, and

possession of SouthTrust Bank, 3501 Montgomery Highway, Dothan, Alabama, a bank whose

deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18,

United States Code, Section 2113(a).


*Leura G. Canary*
LEURA GARRETT CANARY
United States Attorney

*K. David Cooke, Jr.*
K. David Cooke, Jr.
Assistant United States Attorney