In the United States District Court

for the **MIDDLE** District of **ALABAMA**

**RECEIVED**

RECEIVED

2005 NOV 28 P 2: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America

v.

RICHARD G. WHITE

Criminal No. 1:05cr275-T

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, **RICHARD G. WHITE**, defendant, have been informed that an **Information** ~~indictment,~~ *information,* ~~complaint~~ is pending against me in the above designated cause. I wish to plead **GUILTY** (*guilty,* ~~nolo contendere~~) to the offense charged, to consent to the disposition of the case in the **SOUTHERN** District of **MISSISSIPPI** in which I **AM HELD** (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: 26 April '05, 19___ at 3:00 PM

*Richard G. White*
(Defendant)

_____
(Witness)

*Wesley Broadhead*
(Counsel for Defendant)

Approved

*[signature] for* AUSA
DUNN LAMPTON
United States Attorney for the
SOUTHERN District of
MISSISSIPPI

*[signature]*
Asst. United States Attorney for the
MIDDLE District of
ALABAMA

FORM USA-153
SEP 82